IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| **RYAN LOCKS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CA # 1:22-cv-01242 |
| | ) | |
| **LIFE INSURANCE COMPANY** | ) | |
| **OF NORTH AMERICA et al.** | ) | |
| | ) | |
| **Defendant,** | ) | |

<u>Plaintiff's Notice of Voluntary Dismissal of
Defendant Trust Management Services</u>

Pursuant to Rule 41(a)(1)(A)(i) the Plaintiff hereby Notices Dismissal of Defendant Trust Management Services, with prejudice, each side to bear its own attorney fees and costs.

Defendant Trust Management Services has filed neither an answer to the Complaint (Dkt. 1) nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1)(i) is therefore appropriate.

Respectfully submitted,

*Ryan Locks*
By Counsel

_____/s/_____
Benjamin W. Glass, III | VSB #23152
Benjamin W. Glass, III & Assoc., PC
3998 Fair Ridge Drive, #250
Fairfax, VA 22033
703-591-9829 phone | 703-783-0686 fax
Ben@BenGlassLaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2022, I caused a true and correct copy of the foregoing <u>Plaintiff's Notice of Voluntary Dismissal of Defendant Trust Management Services</u> to be served upon counsel of record via the Court's CM/ECF system.

                                                /s/
                                  Benjamin W. Glass, III | VSB #23152
                                  Benjamin W. Glass, III & Assoc., PC
                                  3998 Fair Ridge Drive, #250
                                  Fairfax, VA 22033
                                  703-591-9829 phone | 703-783-0686 fax
                                  Ben@BenGlassLaw.com
                                  *Counsel for Plaintiff*